IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No: 2:17-cv-202- RWS-RSP |
| EXXON MOBIL CORPORATION | § § § | |
| Defendant. | § § § | |

**UNOPPOSED MOTION TO DISMISS DEFENDANT EXXON MOBIL CORPORATION WITH PREJUDICE**

Under Federal Rule of Civil Procedure 41(a), Plaintiff Rothschild Connected Devices Innovations LLC moves the Court to dismiss all of its claims against Defendant Exxon Mobil Corporation with prejudice, and with each party to bear its own attorneys' fees and costs and request that the Court enter the proposed order of dismissal submitted herewith.

| | |
|---|---|
| Dated: May 25, 2017 | Respectfully Submitted, |

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 25, 2017.

/s/ Jay Johnson
Jay Johnson

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendant on May 25, 2017 and that Defendant does not oppose this motion.

/s/ Jay Johnson
Jay Johnson