IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS LLC<br><br>  Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§  Case No: 2:17-cv-202- RWS-RSP<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's motion to dismiss with prejudice Defendant Exxon Mobil Corporation pursuant to Fed. R. Civ. P. 41(a). It is therefore

ORDERED that Plaintiff's claims against Defendant Exxon Mobil Corporation are dismissed with prejudice.

**SIGNED this 30th day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE